```
LAWRENCE P. RIFF (State Bar No. 104826)
lriff@steptoe,com
JASON LEVIN (State Bar No. 161807)
jlevin@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
Telephone: 213-439-9400
Facsimile:  213-439-9599

Attorneys for Defendant
NALGE NUNC INTERNATIONAL CORPORATION
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANI FELIX-LOZANO, | Case No. 2:08-CV-00854-JAM-DAD |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT; ORDER** |
| NALGE NUNC INTERNATIONAL CORPORATION, | |
| Defendant. | |

WHEREAS, defendant NALGE NUNC INTERNATIONAL CORPORATION ("NNIC") was properly served with the summons and complaint on June 17, 2008;

WHEREAS, pursuant to FRCP 12, NNIC is presently required to respond to the complaint by July 7, 2008;

WHEREAS, this case is currently the subject of a motion to transfer and coordinate before the United States Judicial Panel on Multidistrict Litigation (*In Re: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability*, MDL No. 1967);

WHEREAS, the motion to transfer and coordinate is set for hearing before the MDL Panel on July 31, 2008;

WHEREAS, NNIC and plaintiff agree that, in the interest of efficiency, further pleadings in this case should await the MDL Panel's decision on the motion to transfer and coordinate; and

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, there have been no prior stipulations or orders in this case extending NNIC's time to respond to the Complaint.

IT IS HEREBY STIPULATED by plaintiff and NNIC as follows:

1. The deadline for NNIC to answer or otherwise respond to the Complaint shall be extended to the 30th day following the MDL Panel's decision on the motion to transfer and coordinate now pending before the Panel in *In Re: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability*, MDL No. 1967); and

2. This Stipulation may be executed in counterparts.

DATED: __June 30_____, 2008      STEPTOE & JOHNSON LLP


By __/s/_ Jason Levin_____
   Jason Levin
Attorneys for NALGE NUNC INTERNATIONAL CORPORATION

DATED: ___June 30_____, 2008


By ____/s/_ Harold M. Hewell_____
   Howard M. Rubinstein
   Harold M. Hewell
Attorneys for plaintiff LANI FELIX-LOZANO

**IT IS SO ORDERED**

DATED: June 30, 2008


/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com